IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00023-WJM-MEH

EDWARD J. BEARD and
KATHLEEN A. BEARD,

    Plaintiffs,

v.

THE BANK OF NEW YORK MELLON CORPORATION, as Trustee of CWABS, Inc, Asset Backed Certificates, Series 2004-5, a Delaware corporation, and
BANK OF AMERICA, N.A., a national association,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 21, 2013.**

    The Joint Motion for Entry of a Sixty-Day Stay of Litigation [filed March 19, 2013; docket #17] is **granted in part** and **denied in part** as follows. The Scheduling Conference currently set in this case for April 1, 2013, at 10:30 a.m. is hereby **converted** to a Status Conference, which will take place that same date and time. All proceedings shall be stayed through and including the April 1, 2013 Status Conference. The parties shall come prepared to update the Court on the status of their settlement negotiations and the necessity of extending the stay through May 20, 2013.