**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-0023-WJM-MEH

EDWARD J. BEARD, and
KATHLEEN A. BEARD

       Plaintiffs,

v.

THE BANK OF NEW YORK MELLON CORPORATION, and
BANK OF AMERICA, N.A.

       Defendants.

---

**ORDER GRANTING JOINT MOTION REQUESTING
ADMINISTRATIVE CLOSURE OF THE CASE**

---

       This matter comes before the Court on the Parties' Joint Motion Requesting Administrative Closure of the Case, filed on April 8, 2013 (ECF No. 21).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

       The Parties' Joint Motion is GRANTED.  Pursuant to D.C.COLO.LCivR 41.2 the Court hereby ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED.  The parties may later seek to reopen this case for good cause shown.

       Dated this 9th day of April, 2013.

       BY THE COURT:

       William J. Martínez
       United States District Judge